(September 12, 1891.)

## HILLARD v. AUDITOR OF SHOSHONE COUNTY.
[27 Pac. 680.]

Woods & Heyburn  (J. Brumback, of Counsel), for Appellant.

Charles W. O'Neil, District Attorney, and George H. Roberts, Attorney General (Albert Hagan, of Counsel), for Respondent.

MORGAN, J.—The question involved in this cause being fully discussed and determined in cause No. 41, between the same parties, ante, p. 103, 27 Pac. 678, the judgment of the court below, herein rendered, is affirmed for the reasons there given.   Costs awarded to respondent.

Sullivan, C. J., and Huston, J., concur.